# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133007 & (26)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALAN C. WILKERSON, JR.,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133007
COA: 270922
Wayne CC: 96-500581-01

On order of the Court, the application for leave to appeal the December 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for an evidentiary hearing is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

p0521